FILED
OCT - 4 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:05CR239-T |
| v. | ) | [18 USC 3147; |
| JOSEPH L. KENNEDY | ) | 21 USC 841(a)(1)] |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

That on or about the 2nd day of September, 2005, in Dothan, Alabama, and elsewhere within the Middle District of Alabama,

JOSEPH L. KENNEDY,

defendant herein, did knowingly and intentionally distribute approximately 5 pounds of marijuana, a Schedule I Controlled Substance, while awaiting execution of sentence, in violation of Title 18, United States Code, Section 3147; and Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
TERRY F. MOORER
Assistant United States Attorney