Case 1:05-cr-00239-MHT-DRB   Document 6   Filed 10/11/2005   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
☐ Northern   ☐ Southern   ☐ Eastern
**COURTROOM DEPUTY MINUTES**

**DATE:** 10-11-2005   **TIME/DIGITAL RECORDING:** 12:46 – 12:55 pm

**JUDGE:** Delores R. Boyd

**CTRM CLERK:** sql   **CRT RPTR:** _____

**CASE NO.** 1:05cr239-T   **USA vs.** Joseph L. KENNEDY

**DEFT ATTY:** Puzoni   M/Appt Cnsl
☑ FD  ☐ CJA  ☐ Ret  ☐ Waived  ☐ Standing In  ☐ Retain Cnsl Ntc.  Oral Order
**COURT APPOINTS:**  ☐ FD  ☐ CJA   ☐ Deft. to Retain Counsel _____

**SUSA:** Hardwick   **USPO/USPTS:** Dillon

**Interpreter Needed:** ☐ Yes  ☑ No  Name: _____

**LOCATION:**   ☑ ARREST: 10-7-05  ☐ LC  ☐ LO  ☐ LR  ☐ Kars 40

**HEARING**   Held/Set:   ☑ IA. Dft. Advised of Rights  ☐ DETENTION  ☐ PRLHRG
☐ RULE44HRG  ☐ BOND HRG  ☐ PROB/SUP REL VIOLATOR

☐ ARR   PLEA Entered:  ☐ Guilty  ☐ Not Guilty
     Ptrl Cnf Set: _____   Disc DDL Set: _____

☐ CHGPLHRG/CONSENT PLEA  Held  ☐ Set for _____

☐ Written PLEA AGREEMENT Filed/Executed  ☐ Oral Agreement

☐ GUILTY PLEA/Counts: _____

☐ COUNTS/DISM/GVT _____  ☐ Oral Motion  ☐ At Sentencing

☐ TRIAL Set For: _____   SENTENCING Set for: _____

**WAIVERS/CONSENT/AFF:**   ☑ FINAFF  ☐ WVRPRLHRG.  ☐ WVRR40hrg
☐ WVINDICTMENT Executed & Filed  ☐ INFORMATION filed
☐ CONSENT TO PROCEED Executed
☐ WAIVER OF SPEEDY TRIAL Executed. Set for Trial Term: _____

**MOTIONS:**   ☐ DTNHRG  ☐ Written  ☐ Oral  /  ☐ Govt  ☐ Deft
      Detention Hearing Set For: _____
   ☐ Other _____

**ORDERS:**   ☐ BOND Executed $ _____
   ☐ Cont'd Bond Imposed: _____
   ☐ Conditions of Release. Defendant advised of conditions.
   ☐ Probable Cause. Defendant bound over to Grand Jury
   ☐ Remvldist _____   ☐ Rem Hrg. Set: _____
   ☐ Temporary Detention Pending Hearing   ☐ Pending Trial
   ☐ Seal _____
   ☐ Other _____

**COMMENTS:**