```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    SOUTHERN DIVISION

UNITED STATES OF AMERICA,      *
                               *
     Plaintiff,                *
                               *
V.                             *
                               * CR. NO.
JOSEPH L. KENNEDY              * 1:05CR239-T
                               *
     Defendant.                *
```

**NOTICE OF ATTORNEY APPEARANCE-DEFENDANT**

Comes now Jeffery C. Duffey and enters his appearance as appointed counsel for defendant Joseph L. Kennedy.

Respectfully submitted this 18th day of October, 2005.

```
                         s/Jeffery C. Duffey
                         JEFFERY C. DUFFEY
                         Attorney for Defendant
                         Joseph L. Kennedy
                         600 South McDonough Street
                         Montgomery, AL  36104
                         Phone: 334-834-4100
                         Fax: 334-834-4101
                         email: jcduffey@aol.com
                         Bar No.  ASB7699F67J
```

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 18, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Terry F.Moorer  
AUSA  
P.O. Box 197  
Montgomery, AL 36101

                                        Respectfully submitted,

                                        <u>s /Jeffery C. Duffey</u>  
                                        JEFFERY C.   DUFFEY  
                                        Attorney for Defendant  
                                        Joseph L. Kennedy