# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: 10/19/2005

DIGITAL RECORDING: 10:37 - 10:42 am

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd         DEPUTY CLERK: S. Q. Long, Jr.

CASE NO.: 1:05cr239-T         DEFT. NAME: Joseph L. KENNEDY

USA: Moorer         ATTY: Jeff Duffey

Type Counsel: ( ) Retained; (✓) Panel CJA ( ) Waived; ( ) CDO ( ) Stand In ONLY

USPTSO/USPO: _____

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES   NAME: _____

---

- ☐ kars.  Date of Arrest _____ or ☐ karsr40
- ☐ kia.  Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl.  Deft. First Appearance with Counsel
- ☐  Deft. First Appearance without Counsel
- ☐  Requests appointed Counsel  ☐ ORAL MOTION for Appointment of Counsel
- ☐ kfinaff.  Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted  ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐  Deft. Advises he will retain counsel. Has retained _____
- ☐  Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐  Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg.  **Detention Hearing** ☐ held; ☐ set for _____
- ☐ kotempdtn.  ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.  ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls.  Release order entered. Deft. advised of conditions of release
- ☐ kbnd.  ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
      ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐  Preliminary Hearing ☐ Set for _____
- ☐ ko.  Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.  Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐  Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ✓ karr.  ARRAIGNMENT SET FOR: _____ ✓ HELD. Plea of **NOT GUILTY** entered.
  Special  ✓ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
      DISCOVERY DISCLOSURES DATE: 10-24-05
- ☐ krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.  Identity/Removal Hearing set for _____
- ☐ kwvspt  **Waiver of Speedy Trial Act Rights Executed**