## MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
❏ Northern   ❏ Southern   ❏ Eastern

HON. Delores Boyd                         AT Montgomery, Alabama
DATE COMMENCED 11-16-2005    @ 10:14  ☒ a.m. ❏ p.m
DATE COMPLETED 11-16-2005    @ 10:__:17  ☒ a.m. ❏ p.m

CASE NO. 1:05cr239-T

UNITED STATES OF AMERICA      VS.      JOSEPH L. KENNEDY
Plaintiff(s)                                    Defendant(s)

### APPEARANCES

Plaintiff(s)/Government: Moorer

Defendant(s): Duffey

#### COURT OFFICIALS PRESENT:
Ctrm Clerk: S. Q. Long, Jr.
Crt Rptr:
Law Clerk:
Interpreter:
USPO/USPTS:
Other:

### PROCEEDINGS:

❏ Motion Hearing:
❏ Status Conference       ❏ Oral Argument        ❏ Evidentiary Hrg.
❏ Revocation              ❏ Scheduling Conf.     ❏ Show Cause
❏ Settlement Conference   ❏ Telephone Conf.      ❏ Sentencing
❏ Non-Jury Trial          ❏ Revocation/Prtrl/SupvRel/Prob
❏ Other
☒ Pretrial Conference

Pending Motions: None
Discovery Status: ____
Plea Status: ____
Trial Status/Length: 1½ Days
Trial Term: Prob.

SCANNED