```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                 MIDDLE DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

```
UNITED STATES OF AMERICA,   *
                            *
     PLAINTIFF,             *
                            *
V.                          *  CASE NO.  1:05-CR-239-T
                            *
JOSEPH L. KENNEDY,          *
                            *
     DEFENDANT.             *
```

**NOTICE OF INTENT TO CHANGE PLEA**

Comes now defendant, by counsel, and hereby gives notice to the court of intent to change his plea from not guilty to guilty pursuant to a plea agreement.

Respectfully submitted this 22nd day of November, 2005.

```
                              s/Jeffery C. Duffey
                              JEFFERY C.  DUFFEY
                              Attorney for
                              Joseph L. Kennedy
                              600 South McDonough Street
                              Montgomery, AL  36104
                              Phone: 334-834-4100
                              Fax: 334-834-4101
                              email: jcduffey@aol.com
                              Bar No.  ASB7699F67J
```

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22nd , 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Terry Moorer AUSA, P.O. Box 197, Montgomery, AL 36101.

<u>s /Jeffery C. Duffey</u>
JEFFERY C.  DUFFEY
Attorney for
Joseph L. Kennedy