IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 1:05-CR-239-T |
| | ) | |
| JOSEPH L. KENNEDY | ) | |

### ORDER SETTING CHANGE OF PLEA

Pursuant to the Defendant's *Notice of Intent to Change Plea* (Doc. 16, filed on November 22, 2005), it is hereby

**ORDERED** that this case be set for proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure on **Monday, November 28, 2005, at 10:30 a.m.**, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. **The Clerk is directed to provide a court reporter for this proceeding.** If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 22nd day of November, 2005.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE