16

| COURTROOM DEPUTY'S MINUTES | DATE: 11/28/2005 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:34 – 10:50 am |
| | COURT REPORTER: Risa Entrekin |

☐ ARRAIGNMENT          ☑ CHANGE OF PLEA          ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB          DEPUTY CLERK: sql
CASE NUMBER: 1:05cr239-T           DEFENDANT NAME: Joseph L. KENNEDY
AUSA: Moorer                        DEFENDANT ATTORNEY: Jeff Duffey

Type counsel ( )Waived; (✓)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓)NO; ( )YES    Name:

☐ This is defendant's **FIRST APPEARANCE**.
☐ Financial Affidavit executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ☐ Not Guilty
            ☑ Guilty as to:
                ☑ Count(s): 1
                ☐ Count(s): _____        ☐ dismissed on oral motion of USA
                                          ☐ to be dismissed at sentencing

☑ Written plea agreement filed   ☐ **ORDERED SEALED**
☑ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts __1__.
☐ **CRIMINAL TERM:**           ☐ **WAIVER OF SPEEDY TRIAL** filed.

**DISCOVERY DISCLOSURE DATE:**

☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
    ☐ Trial on _____; ☐ Sentencing on _____
☑ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
    ☐ Trial on _____; or ☑ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
    ☐ Defendant requests time to secure new counsel