IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 1:05-CR-239-T |
| | ) | |
| JOSEPH L. KENNEDY | ) | |

### ORDER ON MOTION

Based upon notice by defense counsel, Jeffery Duffey, to chambers on November 28, 2005, that counsel will be able to appear at the change of plea hearing set for November 28, 2005, and pursuant to his actual appearance as scheduled, it is hereby

**ORDERED** that the *Motion to Continue* (Doc. 18, filed Nov. 22, 2005) is **DENIED as moot**.

DONE this 29th day of November, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE