**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. <u>1:05-cr-239-MHT</u>** |
| | ) | |
| **JOSEPH L. KENNEDY** | ) | |
| | ) | |

**<u>GOVERNMENT'S MOTION TO AWARD  3 POINTS TO DEFENDANT</u>**
**<u>FOR ACCEPTANCE OF RESPONSIBILITY</u>**
**<u>PURSUANT TO § 3E1.1, UNITED STATES SENTENCING GUIDELINES</u>**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1.  The Defendant timely notified the United States he intended to enter a plea of guilty and did so in a manner which obviated the need for the United States to prepare for trial.  A grand jury sitting in the Middle District of Alabama returned an indictment against Defendant and the defendant promptly pleaded guilty.

2.  Pursuant to United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in Defendant's offense level for acceptance of responsibility, such that the total reduction in offense level for Defendant's acceptance of responsibility shall be three (3) levels.

Respectfully submitted, this the 17th day of February, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/Terry F. Moorer
TERRY F. MOORER   ASB-1176-O73T
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail:terry.moorer@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. <u>1:05-cr-239-MHT</u>** |
| | ) | |
| **JOSEPH L. KENNEDY** | ) | |
| | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jeffery C. Duffey, Esquire.

Respectfully submitted,

s/Terry F. Moorer
TERRY F. MOORER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: terry.moorer@usdoj.gov
ASB-1176-O73T