IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr239-MHT |
| **JOSEPH L. KENNEDY** | ) | |

### ORDER

It is ORDERED as follows:

(1) Defendant Joseph L. Kennedy's motion to continue sentencing (Doc. No. 25) is granted.

(2) Sentencing for defendant Kennedy, now set for February 27, 2006, is reset for March 13, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 23rd day of February, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**