# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   MARCH 13, 2006           AT       10:04       A.M./P.M.

DATE COMPLETED   MARCH 13, 2006           AT       10:20       A.M./P.M.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Cr No. 1:05cr239-MHT |
| ) | |
| JOSEPH L. KENNEDY ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Susan Redmond | X | Atty Jeffery Duffey |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Sheila Carnes, | Kevin Kish, | Mitchell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   SENTENCING HEARING

10:04 a.m.   Court convened; sentencing hearing commenced.
             Terms of the plea agreement were stated on the record; PO
             concurs with agreement; **Court accepts plea agreement**. No
             objection to PSR.  Defendant's oral request for partially
             concurrent sentence (with sentence imposed in 1:01cr172-001-
             LES).  Sentence imposed at 37 months (consecutive to prior
             sentence).  **ORAL ORDER**, during sentence imposition, granting
             government's motion for reduction in criminal offense level.
10:20 a.m.   Hearing concluded.