AO 245B    (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page    2    of    6

DEFENDANT:        JOSEPH L. KENNEDY
CASE NUMBER:      1:05-cr-00239-MHT

RECEIVED

## IMPRISONMENT

2006 AUG -4  P 4: 26

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

37 MONTHS.  This term shall consist of 30 months on count 1 and 7 months under 18 USC 3147, to run consecutively.  The total sentence of 37 months shall be served consecutively to the sentence imposed in Case Number 2:01-cr-00172-001-LES.

X The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐   at _____ ☐ a.m.  ☐ p.m.   on _____ .

☐   as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐   before 2 p.m. on _____ .

☐   as notified by the United States Marshal.

☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ____7 - 31 - 06____ to ____FCC YAZOO____

at __Yazoo City, MS__ , with a certified copy of this judgment.

RETURNED AND FILED

AUG . 0 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

____Constance Reese Warden____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL