**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )        1:05cr239-MHT
                            )             (WO)
JOSEPH L. KENNEDY           )
```

### ORDER

It is ORDERED that defendant Joseph L. Kennedy's motion for appointment of counsel (doc. no. 43) is denied.  Defendant Kennedy has shown that he is capable of representing himself on the issue currently before the court.

DONE, this the 23rd day of November, 2020.

                                            /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**